UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS HERNANDEZ-FERRER and
KEVIN DEZELSKE,

    Plaintiffs,

v.                              CASE NO.:

UNIVERSAL PROTECTION SERVICE,
LLC, a Foreign Limited Liability Company,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, LUIS HERNANDEZ-FERRER and KEVIN DEZELSKE, by and through undersigned counsel, sue the Defendant, UNIVERSAL PROTECTION SERVICE, LLC, a Foreign Limited Liability Company, and allege:

1. Plaintiffs were employees of Defendant and bring this action for unpaid overtime compensation, liquidated damages, and all other applicable relief pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiffs were employees who worked for Defendant within the last three years in Orange County, Florida.

3. Plaintiff, LUIS HERNANDEZ-FERRER has worked for Defendant since approximately October 2019 as an hourly employee.

4. Plaintiff, KEVIN DEZELSKE has also worked for Defendant since approximately October 2019 as an hourly employee.

1

5. Plaintiffs work as Security Officers for Defendant.

6. At all times material to this cause of action, Defendant is/was an enterprise subject to the FLSA.

7. At all times material to this cause of action, Plaintiffs are/were non-exempt employees and therefore entitled to overtime wages for any and all over/time hours worked.

8. Defendant is a Foreign Limited Liability Company that operates and conducts business in Orange County, Florida and is therefore, within the jurisdiction of this Court.

9. Specifically, Defendant is a privately owned facility services company that provides among other services, security systems. According to Defendant's website it employs over 200,000 employees. *See* https://www.aus.com/about-us.

10. This action is brought under the FLSA to recover from Defendant Plaintiffs' unpaid overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

11. This Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §1331 and the FLSA.

12. During Plaintiffs' employment with Defendant, Defendant earned more than $500,000.00 per year in gross sales.

13. During Plaintiffs' employment, Defendant employed at least two employees who were engaged in interstate commerce and/or handled goods, materials and supplies which travelled in interstate commerce, including but not limited to computers, telephones, security equipment, and other tools/materials used to run the business.

14. Therefore, at all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

### Overtime Violations

15. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiffs performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiffs for all overtime hours worked.

16. During their employment with Defendant, Plaintiffs were not always paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) per work week.

17. During their employment with Defendant, Plaintiffs regularly worked more than forty (40) hours per week.

18. Upon information and belief, Plaintiffs' immediate supervisor, Jose Negron, was underreporting their hours worked.

19. As a result of this underreporting, Plaintiffs' were not properly paid for all overtime hours worked.

20. Plaintiffs are entitled to one and one-half times their regular rate of pay for all hours worked over forty (40) in each week.

21. Based upon the above policies, Defendants have violated the FLSA by failing to pay complete overtime pay for each hour worked over forty (40) per week.

22. Upon information and belief, the records, to the extent any exist and are accurate, concerning the number of hours worked and amounts paid to Plaintiffs are in the possession and custody of Defendants.

23. Plaintiffs have hired the below law firm and is obligated to pay them a reasonable fee if successful in this litigation.

24. All conditions precedent to this action have been performed or waived.

**COUNT I - RECOVERY OF OVERTIME COMPENSATION (FLSA)**

25. Paragraphs one (1) through twenty-four (24) above are fully re-alleged and incorporated herein.

26. Plaintiffs are/were entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week.

27. During their employment with Defendant, Plaintiffs were not paid for all time worked as described above which resulted in Plaintiffs not being paid proper overtime compensation for all overtime hours worked in violation of the FLSA.

28. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiffs overtime compensation for each hour worked in excess of forty (40) per work week in one or more work weeks, Plaintiffs have suffered damages plus incurring reasonable attorneys' fees and costs.

29. Defendant did not have a good faith basis for its failure to pay Plaintiffs overtime compensation for each hour worked in excess of forty (40) per work week.

30. As a result of Defendant's willful violation of the FLSA, Plaintiffs are entitled to liquidated damages.

31. Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs, LUIS HERNANDEZ-FERRER and KEVIN DEZELSKE, demand judgment against Defendant for the payment of all overtime hours

at one and one-half their regular rate of pay for the hours worked by them for which Defendant did not properly compensate them, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

## JURY DEMAND

Plaintiffs request that upon trial of this action all issues be submitted to and determined by a jury.

Dated this 15th day of September, 2020.

/s/ JOLIE N. PAVLOS
Jolie N. Pavlos, Esq.
FBN 0125571
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Telephone: (407) 245-3517
Facsimile: (407) 204-2206
Email: JPavlos@forthepeople.com
         XLezcanocaban@forthepeople.com
Attorney for Plaintiff