**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIS HERNANDEZ-FERRER and
KEVIN DEZELSKE,

        Plaintiffs,

v.                        Case No:   6:20-cv-1688-GAP-GJK

UNIVERSAL PROTECTION
SERVICE, LLC,

        Defendant.

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On June 1, 2021, the parties filed a joint motion to approve their settlement agreement (Doc. 18). Since the proposed settlement involves a compromise of Plaintiff's claim, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

Having reviewed same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id.* The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See*

*Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).   It is, therefore

**ORDERED** that said Motion is **GRANTED**.   The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice.   Any pending motions are **DENIED as moot**, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 2, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party